IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:15CR123-1 |
| TRACY STEVEN GAUTIER | : | |

The Grand Jury Charges:

COUNT ONE

On or about July 19, 2012, in the County of Lee, in the Middle District of North Carolina, TRACY STEVEN GAUTIER knowingly and with intent to deceive did falsely represent, for the purpose of fraudulently applying for automobile financing in the amount of $11,705.00 from Regional Finance Corporation, a number, to wit: 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, to be the Social Security number assigned to him by the Commissioner of Social Security, when in truth and in fact, as he then well knew, such number was not the Social Security number assigned to him by the Commissioner of Social Security; in violation of Title 42, United States Code, Section 408(a)(7)(B).

COUNT TWO

On or about July 19, 2012, in the County of Lee, in the Middle District of North Carolina, TRACY STEVEN GAUTIER, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: false representation of a

1

Social Security number, in violation of Title 42, United States Code, Section 408(a)(7)(B), as alleged in Count One and incorporated by reference herein, did knowingly possess and use without lawful authority a means of identification of another person, that is, the name and Social Security number belonging to an individual whose initials are K.J.; in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT THREE

On or about July 28, 2012, in the County of Lee, in the Middle District of North Carolina, TRACY STEVEN GAUTIER knowingly and with intent to deceive did falsely represent, for the purpose of fraudulently applying for automobile financing in the amount of $12,500.00 from Regional Finance Corporation, a number, to wit: 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, to be the Social Security number assigned to him by the Commissioner of Social Security, when in truth and in fact, as he then well knew, such number was not the Social Security number assigned to him by the Commissioner of Social Security; in violation of Title 42, United States Code, Section 408(a)(7)(B).

COUNT FOUR

On or about July 28, 2012, in the County of Lee, in the Middle District of North Carolina, TRACY STEVEN GAUTIER, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: false representation of a

Social Security number, in violation of Title 42, United States Code, Section 408(a)(7)(B), as alleged in Count Three and incorporated by reference herein, knowingly did possess and use without lawful authority a means of identification of another person, that is, the name and Social Security number belonging to an individual whose initials are D.G.; in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FIVE

On or about January 13, 2013, in the County of Lee, in the Middle District of North Carolina, TRACY STEVEN GAUTIER knowingly and with intent to deceive did falsely represent, for the purpose of fraudulently applying for automobile financing in the amount of $14,500.00 from Coastal Finance Company, Inc., a number, to wit: 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, to be the Social Security number assigned to him by the Commissioner of Social Security, when in truth and fact, as he then well knew, such number was not the Social Security number assigned to him by the Commissioner of Social Security; in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT SIX

On or about January 13, 2013, in the County of Lee, in the Middle District of North Carolina, TRACY STEVEN GAUTIER, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: false representation of a

Social Security number, in violation of Title 42, United States Code, Section 408(a)(7)(B), as alleged in Count Five and incorporated by reference herein, knowingly did possess and use without lawful authority a means of identification of another person, that is, the name and Social Security number belonging to an individual whose initials are R.H.; in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL:

_____
FRANK J. CHUT, JR.
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY